1  BENJAMIN B. WAGNER
2  United States Attorney
   DONNA L. CALVERT
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  DANIEL P. TALBERT
5  Special Assistant United States Attorney
           333 Market Street, Suite 1500
6          San Francisco, California 94105
7          Telephone:  (415) 977-8926
           Facsimile:  (415) 744-0134
8          E-Mail: Daniel.Talbert@ssa.gov
9
   Attorneys for Defendant
10                   UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
11                         SACRAMENTO DIVISION
12
13 JOHN J. SPANGLER,              )   Case No. 2:10-cv-01582-DAD
          Plaintiff,              )
14 v.                             )   STIPULATION AND PROPOSED ORDER FOR
                                  )   THE AWARD OF ATTORNEY FEES PURSUANT
15                                )   TO THE EQUAL ACCESS TO JUSTICE ACT,
   MICHAEL J. ASTRUE,             )   28 U.S.C. § 2412(d), AND COSTS PURSUANT TO
16 Commissioner of Social Security,)  28 U.S.C. § 1920
          Defendant.              )
17 _____ )
18

19      IT IS HEREBY STIPULATED by and between the parties through their undersigned

20 counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

21 EAJA in the amount of SIX THOUSAND dollars and 0 cents ($6,000.00), and costs in the

22 amount of THREE HUNDRED FIFTY dollars and 0 cents ($350.00) pursuant to 28 U.S.C.

23 § 1920.  This amount represents compensation for all legal services rendered on behalf of

24 Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C.

25 §§ 1920 and 2412.

26      After the Court issues an order for EAJA fees and expenses to Plaintiff, the government

27 will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's

28 attorney.  Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the assignment

   Stip. & Prop. Order for EAJA              1

will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to John V. Johnson, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted November 14, 2011.

                                       Respectfully submitted,

Dated: October 27, 2011         */s/ John V. Johnson*
                                       (As authorized via email)
                                       JOHN V. JOHNSON
                                       Attorney for Plaintiff


                                       BENJAMIN B. WAGNER
                                       United States Attorney

Date: November 14, 2011         By *s/ Daniel P. Talbert*
                                       DANIEL P. TALBERT
                                       Special Assistant U. S. Attorney

                                       Attorneys for Defendant Michael J. Astrue

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: November 22, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec\spangler1582.stipord.attyfees